. Frederick Kroll, Appellant, v. Associated Operating Company, Respondent.— Order affirmed, with ten dollars costs and disbursements, and appeal from judgment dismissed, without costs, on the authority of *Jones* v. *Sabin* (122 App. Div. 666) and *Banes* v. *Rainey* (130 id. 465). Jenks, P. J., Burr, Carr, Rich and Putnam, JJ., concurred.

Evelyn M. Pillion, Appellant, v. The City of New York, Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present— Jenks, P. J., Burr, Carr, Rich and Putnam, JJ.